UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                CHAPTER 13

KIMBERLY OGBURN                                  CASE NO. 15-12946-NPO

## OBJECTION TO PROOF OF CLAIM

COMES NOW DEBTOR, who files this Objection to Proof of Claim, stating:

1. Debtor filed a Chapter 13 Petition on or about August 21, 2015 in the United States Bankruptcy Court for the Northern District of Mississippi.

2. Creditor, Williamson and Brown, LLC, filed a proof of claim, on behalf of 1000-Payday-Loan.com, [Claim No. 13-1] in the amount of $250.00 as an unsecured claim.

3. Debtor objects to the proof of claim filed by Williamson and Brown, LLC [Claim No. 13-1] due to the claim does not provide the required documentation, therefore, said proof of claim shall be denied in its entirety.

SO CERTIFIED, this, the 17th day of June 2016.

/s/ Michael W. Boyd

_____

Michael W. Boyd, Attorney for Debtor

Michael W. Boyd, P.A.
Attorney at Law
Post Office Box 1586
Greenville, Mississippi 38702-1586
Telephone: 662-332-0202
boydlawoffice@yahoo.com

## CERTIFICATE OF SERVICE

I, Michael W. Boyd, Attorney for the Debtor herein, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Office of the United States Trustee
>USTPRegion05.AB.ECF@usdoj.gov
>
>Locke D. Barkley
>sbeasley@barkley13.com

and I hereby certify that I have mailed by United States Postal Service the document to:

>1000-Payday-Loan.com
>Williamson and Brown, LLC
>4691 Clifton Pkwy
>Hamburg, NY 14075

This, the 17th day of June, 2016.

/s/ Michael W. Boyd

Michael W. Boyd, P.A.